IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CAROLYN DEADMOND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:10-cv-677-WDS-DGW |
| | ) | |
| WALGREEN CO., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A Discovery Dispute Conference was held on March 4, 2011. Ferne Wolf and Jerome McDonald appeared by phone. The Court **ORDERS** the following:

1. <u>Defendant's Rule 26(a)(1) Disclosures 1(c)</u>: The Defendant shall produce Mary Supplee for deposition or provide Plaintiff with contact information for the scheduling of her deposition.

2. <u>Defendant's Response to Plaintiff's Request for Production of Documents 1, 2, 3, 4, and 6</u>: The Defendant shall supplement answers by identifying documents responsive to the requests.

3. <u>Defendant's Response to Plaintiff's Request for Production of Documents 7</u>: The Defendant shall produce responsive documents.

4. <u>Answers of Defendant Walgreen Co. to Plaintiff's Interrogatories 7</u>: The Defendant shall produce information from the Defendant's website regarding net worth and a stipulation that Defendant will not object to the introduction of the website information.

5. <u>Supplement to Answers of Defendant, Walgreen Co., to Plaintiff's Interrogatories 2(b) and 2(c)</u>: Defendant shall supplement answer by providing information about who attended

the October 14, 2008, meeting and what occurred at said meeting by March 11, 2011.

6. <u>Supplement to Answers of Defendant, Walgreen Co., to Plaintiff's Interrogatories 8:</u> Plaintiff and Defendant shall work together to find the least intrusive means to supplement the answer, which may include Plaintiff limiting the scope of the request.

7. <u>Supplement to Answers of Defendant, Walgreen Co., to Plaintiff's Interrogatories 9:</u> Defendant to determine whether a supplement can be provided pursuant to a protective order from the Court. If the dispute still exists after the Defendant's investigation, Plaintiff is granted leave to file a motion on the issue.

**DATED: March 4, 2011**

**DONALD G. WILKERSON**
**United States Magistrate Judge**